John Krautseider, Appellee, v. C. R. Miley, Appellant.
Gen. No. 41,508.

Heard in third division, first district, this court at October term, 1940; original opinion filed April 23, 1941; rehearing opinion filed and rehearing denied June 25, 1941. Frank Moland, for appellant; Harry I. Kronenberg, for appellee. Opinion by Presiding Justice Hebel. "Not to be published in full."